# EXHIBIT A

**American Arbitration Association**

---

In the Matter of the Arbitration between

DAMON IMMEDIATO, Claimant

and

POSTMATES, INC., Respondent

**AAA Case No. 01-20-0002-4441**

---

**AWARD**

By notice sent on September 17, 2021, Claimant Damon Immediato accepted Postmates' Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 and Massachusetts Rule of Civil Procedure 68 that had been proffered on September 9, 2021. The terms of the Offer of Judgment are expressly incorporated in this Award. As a result, judgment is entered and this arbitration is dismissed.

Mark L. Irvings
November 8, 2021

**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| DAMON IMMEDIATO,<br><br>        Claimant,<br><br>  v.<br><br>POSTMATES INC.,<br><br>        Respondent. | AAA No. 01-21-0002-4441<br><br>**POSTMATES' OFFER OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68 AND MASSACHUSETTS RULE OF CIVIL PROCEDURE 68** |

THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
 dmanthripragada@gibsondunn.com
MADELEINE F. MCKENNA, SBN 316088
 mmckenna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

MICHELE L. MARYOTT, SBN 191993
 mmaryott@gibsondunn.com
SHAUN A. MATHUR, SBN 311029
 smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412

Attorneys for Respondent POSTMATES, LLC F/K/A POSTMATES INC.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure and Rule 68 of the Massachusetts Rules of Civil Procedure, Respondent Postmates, LLC f/k/a Postmates Inc. ("Postmates") hereby offers that judgment be taken against Postmates in the above-captioned action in the total amount of three thousand, five hundred dollars ($3,500), inclusive of all recoverable costs, attorneys' fees, interest, and other monetary relief of any kind of Claimant Damon Immediato, in total satisfaction of Claimant's claims against Postmates in this action.

Claimant is required to serve written notice of acceptance of this offer within fourteen (14) days following service of the offer, absent which this offer shall be deemed rejected. If Claimant does not accept this offer and fails to obtain a more favorable judgment, he may not recover his costs (including attorneys' fees, expert services, costs incurred during trial, and other such costs and fees as the Arbitrator deems proper) and will be obligated to pay Postmates' costs (including attorneys' fees) incurred after the making of this offer. See Fed. R. Civ. P. 68; Mass. R. Civ. P. 68. If Claimant accepts this offer, Postmates will file the offer and notice of acceptance with the Arbitrator, who will enter a judgment on the claims in this action in the total amount provided above, and with no further remedies, damages, costs, attorneys' fees, or other monetary relief awarded to Claimant on his claims against Respondent.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68 and Massachusetts Rule of Civil Procedure 68, and shall not be construed as either an admission that Postmates is liable in this or any other action, or that Claimant or anyone else has suffered any damages. The judgment shall expressly acknowledge that it does not constitute a finding of liability against Respondent with respect to any of the claims at issue in this action. Evidence of this offer is not admissible except in a proceeding to determine costs and/or fees.

Dated: September 9, 2021

By: */s/ Theane Evangelis*
Theane Evangelis

Attorneys for Respondent POSTMATES, LLC f/k/a POSTMATES INC.

# AMERICAN ARBITRATION ASSOCIATION

|  |  |
|---|---|
| DAMON IMMEDIATO,<br>      Claimant,<br><br>v.<br><br>POSTMATES INC.,<br>      Respondent. | )<br>)<br>)<br>)<br>)   AAA No. 01-21-0002-4441<br>)<br>)<br>)<br>) |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

The Claimant, Damon Immediato, hereby gives notice that he has accepted the Offer of Judgment served on him by the Respondent, Postmates, Inc.

Respectfully submitted,

DAMON IMMEDIATO,
By his attorneys,

Dated: September 17, 2021

/s/ *Michelle Cassorla*
Shannon Liss-Riordan, BBO #640716
Michelle Cassorla, BBO # 688429
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com
          mcassorla@llrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served upon counsel of record for the Respondent in the above-referenced matter, by e-mail on September 17, 2021.

/s/ *Michelle Cassorla*
Michelle Cassorla