# EXHIBIT B

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| STEPHEN LEVINE,<br><br>                Claimant,<br><br>    v.<br><br>POSTMATES INC.,<br><br>                Respondent. | AAA No. 01-21-0002-4444<br><br>**AMENDED JUDGMENT ON CLAIMS** |

       On September 9, 2021, pursuant to Rule 68 of the Federal Rules of Civil Procedure and Rule 68 of the Massachusetts Rules of Civil Procedure, the Respondent Postmates, LLC f/k/a Postmates Inc. ("Respondent) made an Offer of Judgment to the Claimant Stephen Levine ("Claimant").  Among other things, the Offer of Judgment expressly stated that if the Claimant accepted the offer, the Arbitrator will enter a judgment of claims in this action in the total amount of seven hundred and fifty dollars ($750), and "with no further remedies, damages, costs, attorneys' fees, or other monetary relief awarded to the Claimant on his claims against the Respondent."  The Offer of Judgement further stated, "the judgment shall expressly acknowledge that it does not constitute a finding of liability against Respondent with respect to any of the claims at issue in this action."

       On September 17, 2021, the Claimant Stephen Levine ("Claimant") gave notice that "he has accepted the Offer of Judgment made by the Respondent, Postmates, Inc."

       Accordingly, Judgment is hereby entered in this action in the total amount of seven hundred and fifty dollars ($750), with no further remedies, damages, costs, attorneys' fees, or other monetary relief awarded to the Claimant on his claims against the Respondent.  This Judgement does not constitute a finding of liability against the Respondent with respect to any of the claims at issue in this action.

Dated: October 12, 2021

*/s/ Bette J. Roth*

Bette J. Roth, Esq.
Arbitrator