UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMON IMMEDIATO, STEPHEN LEVINE, and ERIC WICKBERG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-12308 |

**DEFENDANT POSTMATES, LLC F/K/A POSTMATES INC.'S RESPONSE TO PLAINTIFFS' MOTION TO LIFT THE STAY AND CONFIRM ARBITRATION AWARDS**

On March 4, 2011, the Court granted Postmates' Motion to Compel Arbitration and Stay Proceedings Pending Arbitration. Dkt. 24. In each of the Court-ordered arbitrations before the American Arbitration Association ("AAA"), on September 9, 2021, Defendant Postmates, LLC f/k/a Postmates Inc. ("Postmates") submitted offers of judgment pursuant to Federal Rule of Civil Procedure 68 (attached as **Exhibits A–C**). On September 17, 2021, all three Plaintiffs accepted their respective offers (attached as **Exhibits D–F**). Accordingly, the arbitrators issued awards in all three cases that expressly incorporated the language in the Rule 68 offers, including that the awards do "not constitute a finding of liability against [Postmates] with respect to any of the claims at issue in" the actions. Dkt. 25-2; *see* Dkts. 25-1, 25-3. AAA has now closed the arbitrations.

On November 17, 2021, Postmates issued payment to Plaintiffs' counsel in full satisfaction of the arbitration awards. *See* Declaration of Theane Evangelis ¶ 2. Postmates respectfully submits that the Court need not lift the stay to confirm the arbitration awards, and requests that this matter be closed.

Dated: November 26, 2021                    Respectfully submitted,

                                                                 GIBSON, DUNN & CRUTCHER LLP

*/s/ Theane Evangelis*
Theane Evangelis (*pro hac vice*)
Dhananjay S. Manthripragada (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
TEvangelis@gibsondunn.com
DManthripragada@gibsondunn.com

Joshua S. Lipshutz, BBO #675305
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500
JLipshutz@gibsondunn.com

Michele L. Maryott (*pro hac vice*)
Shaun A. Mathur (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: (949) 451-3800
MMaryott@gibsondunn.com
SMathur@gibsondunn.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 26th day of November, 2021.

                                                                  */s/ Theane Evangelis*
                                                                     Theane Evangelis