UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMON IMMEDIATO, STEPHEN LEVINE, and ERIC WICKBERG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>POSTMATES, INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-12308 |

**DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO LIFT THE STAY AND CONFIRM ARBITRATION AWARDS**

I, Theane Evangelis, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys of record for Plaintiff Postmates, LLC f/k/a Postmates Inc. ("Postmates") in the above-entitled action. I submit this declaration in support of Postmates' Response to Plaintiffs' Motion to Lift the Stay and Confirm Arbitration Awards. Unless otherwise stated, I have personal knowledge of the matters stated in this declaration, and if asked to testify thereto, I would do so competently.

2. On November 17, 2021, Postmates issued payments to Lichten & Liss-Riordan, P.C. IOLTA Account, in the amounts of $3,500, $500, and $750, pursuant to the wiring instructions provided by Plaintiffs' counsel.

//

//

//

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on November 26, 2021, in Los Angeles, California.

                                               Theane Evangelis