UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Damon Immediato, Stephen Levine,
and Eric Wickberg

      Plaintiffs

    v.                                 Civil Action No. 1:20-12308-RGS

Postmates, Inc.

      Defendant

ORDER OF DISMISSAL

November 29, 2021

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt. # 27] entered on November 29, 2021, confirming the arbitrators' judgments [Dkt. # 25-1, # 25-2, and # 25-3], it is ORDERED that the above-entitled action be, and hereby is, dismissed.

                                                        By the court,

                                                        /s/ Arnold Pacho
                                                        Deputy Clerk